IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTINE M. ARNOLD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:23-cv-7-DWD |
| | ) |
| **AMEREN ILLINOIS,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

Before the Court is Plaintiff's Motion to Reconsider (Doc. 10) the finding that she cannot not proceed *in forma pauperis* under 28 U.S.C. § 1915(a). (Doc. 9).

On January 3, 2023, Plaintiff filed, *inter alia*, a Motion and Affidavit to Proceed *In Forma Pauperis* (Doc. 3). On March 8, 2023, the Court noted in a Memorandum & Order that Plaintiff is employed by Defendant, Ameren Illinois, where she receives about $4833.34 in gross pay and $2600 to $3000 in take-home pay each month. (Doc. 3, pg. 1). Although she attested to having only $75 in cash and total monthly expenses of $3374, Plaintiff also attested to having a $43,000 pension and $6000 in a 401(k) plan. (Doc. 3, pg. 2). Further, in light of her attestation to owing $1038 toward a mortgage and $500 toward a car loan, it appeared Plaintiff owned her home and vehicle. (Doc. 3, pg. 2). Plaintiff also has no dependents. (Doc. 3, pg. 2). Therefore, the Court found Plaintiff's circumstances did not warrant *in forma pauperis* status under § 1915(a). (Doc. 9). Accordingly, the Court denied the Motion and Affidavit to Proceed *In Forma Pauperis* (Doc. 3).

Now, in the one-page Motion to Reconsider, Plaintiff suggests a change in her financial circumstances. (Doc. 10). More specifically, Plaintiff suggests a change in her monthly expenses. (Doc. 10). Plaintiff itemizes her monthly expenses, indicating she pays $1033 on a mortgage that includes insurance and taxes, $500 on a car payment, $292 on a personal loan, $100 on a credit card, $525 on utilities, $200 to the IRS, $175 to "World Finance," $18 on Netflix, and $165 on car insurance. (Doc. 10).[1]

Based on the unsworn Motion to Reconsider, the Court must again find the circumstances do not rise to the level of warranting *in forma pauperis* status under § 1915(a). (Doc. 9). In doing so, the Court notes that the total monthly expenses listed at Doc. 3 ($3374) and the total monthly expenses listed at Doc. 10 ($3008) indicate Plaintiff's total monthly expenses have gone down by $366 since January 3, 2023. Further, while the Motion to Reconsider notes changes in monthly expenses, it is otherwise silent as to Plaintiff's employment status, income, amount of money held in cash or a bank account, instruments or items of value, and debts or financial obligations. Therefore, the Court cannot fully assess the claim that Plaintiff's financial circumstances have changed.

Accordingly, the Motion to Reconsider is **DENIED**. Plaintiff is **ADVISED** that any future request to proceed *in forma pauperis* should comply with the standard Motion and Affidavit to Proceed Without Prepaying Fees or Costs, as was done at Doc. 3.

**SO ORDERED.**

Dated: April 14, 2023

s/ *David W. Dugan*
_____
DAVID W. DUGAN
United States District Judge

---

[1] The Docket Sheet indicates Plaintiff has paid $201 toward the filing fee.